**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: March 28, 2012**

**Docket Number: 11   01153-WCA**

**BRIDGETTE JOHNSON**
**VERSUS**
**WAL-MART STORES, INC.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 08-023196**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. Marc T. Amy**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bridgette Johnson** has this day been

    **DENIED.**
    Amy, J., would grant rehearing.

cc: Keith Joseph Landry, Counsel for the Appellee